# EXHIBIT 1

**EXHIBIT 1**



**Quad Playmats – View 1**



**Quad Playmats – View 2**



**4 Piece Double Layered Play Mat Set**



**Steel Plate Pattern 4 Piece Play Mat Set**

# EXHIBIT 2

**EXHIBIT 2**

| **Defendant's Acts Constituting Infringement of Claim 1 of the '085 Patent** |
|---|
| Though not a required feature of claim 1 of the '085 patent, upon information and belief the '085 Infringing Products sold, offered for sale, or imported by Defendant are double-sided, which can be considered reversible. |
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Defendant include a body with a peripheral wall having teeth and receiving slots, as seen in Exhibit 1. These features are required by and infringe claim 1. |
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Defendant have two layers, with each layer made of 100% EVA foam such that each layer has the same coefficient of thermal expansion as the other layer.  These features are required by and infringe claim 1. |
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Defendant have two layers with different colors, as seen in Exhibit 1.  These features are required by and infringe claim 1. |
| Upon information and belief, the '085 Infringing Products sold, offered for sale, or imported by Defendant have two layers that are bound together at an undulating boundary, as seen in Exhibit 1. These acts or features are required by and infringe claim 1. |

# EXHIBIT 3

**EXHIBIT 3**



# EXHIBIT 4

**EXHIBIT 4**



**4 Piece Double Layered Play Mat – View 1**



**4 Piece Double Layered Play Mat – View 2**



**Quad Playmats**



**ABC 26 Piece**



**Cat & Dogs 16 Piece**



**Circles 16 Piece**



**Circles Squared 16 Piece**



**Dino 16 Piece**



**First Shapes 16 Piece**



**Flowers 16 Piece**



**Hearts & Stars 16 Piece**



**Hearts 16 Piece**



**Pawprints 16 Piece**



**Stars 16 Piece**



**Steel Plate Pattern 4 Piece Play Mat**



**Teddy and Friends 16 Piece**



**Transport 16 Piece**